IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-02203-EWN-BNB

MICHAEL BURKE, Taxpayer,

Plaintiff,

v.

U.S. SENATOR WAYNE ALLARD,

Defendant.

_____

**ORDER**

_____

This matter is before me on the plaintiff's **Motion to Join Counts III, IV, V and VI To This Civil Action** [Doc. # 14, filed 12/26/2006]. The plaintiff is proceeding *pro se*, and I must liberally construe his pleadings. Haines v. Kerner, 104 U.S. 519, 520-21 (1972). I cannot act as the advocate for a *pro se* litigant, however, and the plaintiff must comply with the fundamental requirements of the Federal Rules of Civil Procedure. Hall v. Bellmon, 935 F.2d 1106, 1110 (10th Cir. 1991). Applying this standard, I construe the Motion to Join [etc.] as a motion to amend the complaint.

The Federal Rules of Civil Procedure provide that a complaint may be amended under the following circumstances:

> A party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served. . . . Otherwise a party may amend the party's pleading only by leave of court or by written consent of the adverse party.

Fed. R. Civ .P. 15(a).  Consequently, pursuant to Rule 15(a), the plaintiff is entitled to amend his complaint once as a matter of course until such time as the defendant files a responsive pleading.

Here, the defendant moved to dismiss the original complaint on November 6, 2006.  A motion to dismiss is not a responsive pleading, however, see Cooper v. Shumway, 780 F.2d 27, 29 (10th Cir. 1985), and the defendant has not yet filed a responsive pleading.

IT IS ORDERED that the plaintiff's motion to amend is GRANTED.  The Clerk of the Court is directed to accept for filing Counts III, IV, V and VI.

IT IS FURTHER ORDERED that the defendant shall answer or otherwise respond to Counts III, IV, V and VI within ten days.

Dated January 4, 2007.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge