IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Action No. 06–cv–02203–EWN–BNB

MICHAEL BURKE – TAXPAYER,

    Plaintiff,

v.

U.S. SENATOR WAYNE ALLARD,

    Defendant.

## ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION

This matter is before the court on the "Recommendation of United States Magistrate Judge" filed August 20, 2007 (#20). Plaintiff has objected to the recommendation. In his objection, Plaintiff reiterates earlier arguments that he has standing as a taxpayer to bring this lawsuit and that Defendant Senator Wayne Allard has committed treason. This simply does not meet the reasons for the magistrate judge's recommendation, namely, that Defendant has immunity from this lawsuit and that Plaintiff has no standing to maintain it. I have conducted the requisite *de novo* review of the issues, the record, and the recommendation. Based on this review, I have concluded that the recommendation is a correct application of the facts and the law. Accordingly, it is

    **ORDERED** as follows:

    1. The recommendation is ACCEPTED.

2. The motions to dismiss (##7, 17) are GRANTED. The case is dismissed without prejudice.

DATED this 11th day of September, 2007.

                                        BY THE COURT:

                                        s/ Edward W. Nottingham
                                        EDWARD W. NOTTINGHAM
                                        Chief United States District Judge